```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
```
**CENTRAL DIVISION at LEXINGTON**

|  |  |
|---|---|
| BETTY L. GARRETT, | ) |
| Plaintiff, | ) Case No. |
| v. | ) 5:18-cv-221-JMH-EBA |
| MEGAN J. BRENNAN, Postmaster General, *et al.*, | ) **JUDGMENT** |
| Defendants. | ) |

\*\*\*

Consistent with the Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) This matter is **DISMISSED WITH PREJUDICE**;

(2) This action is **DISMISSED** and **STRICKEN** from the Court's docket; and

(3) This is a **FINAL** and **APPEALABLE** judgment, and there is not just cause for delay.

This the 20th day of April, 2021.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge